# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00681-CV

**LaKayla Smith, Appellant**

**v.**

**Maurice Dwight Wise, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 210,173-A, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant LaKayla Smith's notice of appeal was filed in this Court on October 29, 2015. That day, we notified her that she was required to make a written request and arrangements to pay for the clerk's record and the reporter's record within ten days from her receipt of our letter. The clerk's record from the trial court was due to be filed in this Court on November 16, 2015.

On November 30, this Court notified Smith that no clerk's record had been filed due to her failure to pay or make arrangements to pay the fee for preparing the clerk's record. The Court's notice requested that Smith make arrangements for the clerk's record and submit a status report regarding this appeal by December 10. In addition, the notice informed Smith that her appeal was subject to dismissal if she did not comply with our instructions. To date, Smith has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If the trial court's clerk fails to file the clerk's record due to appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, Smith has not established that she is entitled to proceed without payment of costs, *see* Tex. R. App. P. 20.1 (providing procedure for establishing indigence on appeal), and she has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Prosecution

Filed:  January 26, 2016